# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Nancy Elaine Jenkins

                V.                         **JUDGMENT IN A CIVIL CASE**

Jo Ann B. Barnhart

                                        **CASE NUMBER:**    06cv1217 J (RBB)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court grants Defendant's Motion to Dismiss.

| August 6, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON August 6, 2007 |